```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                      TALLAHASSEE DIVISION

IN RE:                                  CASE NO. 08-40110-TLH4
                                        CHAPTER 13
ESMERELDA FALU


            Debtor(s)
_____/
```

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: PHH MORTGAGE CORPORATION which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 413531 in the amount of $13.50 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>   /s/Leigh D. Hart or
>   /s/William J. Miller, Jr.
>   OFFICE OF THE CHAPTER 13 TRUSTEE
>   POST OFFICE BOX 646
>   TALLAHASSEE, FL 32302
>   ldhecf@earthlink.net
>   (850) 681-2734 "Telephone"
>   (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

ESMERELDA FALU                    PHH MORTGAGE CORPORATION
3853 MATT WING ROAD               2001 BISHOPS GATE BLVD
TALLAHASSEE, FL 32311             MT LAUREL, NJ 08054

AND

J. RANDALL FRIER, ESQ.
1682 METROPOLITAN CIRCLE,
STE A
TALLAHASSEE, FL 32308

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>   /s/Leigh D. Hart or
>   /s/William J. Miller, Jr.
>   OFFICE OF CHAPTER 13 TRUSTEE

5/19/2011 12:42 pm / CR_213